#### 7239.   COOPER *v.* STONE & GARBUTT.

BROYLES, J.   1. The only ground in the motion for a new trial other than the general grounds is based on alleged newly discovered evidence.   This evidence, however, being merely cumulative and impeaching in its character, and a counter-showing having been presented, this court can not say that the trial judge abused his discretion in overruling this ground of the motion.

2. The verdict was supported by the evidence, and the court did not err in refusing a new trial.                    *Judgment affirmed.*

DECIDED JULY 19, 1916.

Complaint; from Ben Hill superior court—Judge George.   December 15, 1915.

*Eldridge Cutts,* for plaintiff in error.

*McDonald & Bennett,* contra.